IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: COLETTE MAPP,<br><br>  Debtor<br><br>COLETTE MAPP and CHANTEL MAPP,<br><br>  Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA,<br><br>  Defendant. | Case No. 17-30630-KRH<br><br>AP No. 17-04539-KRH |

**ORDER REGARDING DEFENDANT BANK OF AMERICA, N.A.'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Upon consideration of the complaint filed by the above-captioned plaintiff (Docket No. 1, the "Complaint"), *Defendant Bank of America, N.A.'s Motion to Dismiss Complaint* (Docket No. 4, the "Motion to Dismiss"), Plaintiff's *Notice of Amendment to Complaint* (Docket No. 5), and after conducting a conference in the above-captioned adversary proceeding on January 24, 2018, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Plaintiff shall file an amended complaint in the above-captioned adversary proceeding no later than January 31, 2018.

2. If Plaintiff fails to timely fulfill its obligation in paragraph 1 of the Complaint, Defendant shall submit an order granting the Motion to Dismiss for the Court's consideration.

Dated: Feb 5 2018

/s/ Kevin R Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Feb 6 2018

Order Prepared by:

  /s/   *Joseph S. Sheerin*
Joseph S. Sheerin (VSB No. 47400)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone:    (804) 775-1000
Facsimile:    (804) 775-1061
E-mail: jsheerin@mcguirewoods.com

Counsel for Bank of America, N.A.

## **CERTIFICATE OF ENDORSEMENT**

    I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

          */s/ Joseph S. Sheerin*

United States Bankruptcy Court
Eastern District of Virginia

Mapp,
    Plaintiff

BANK OF AMERICA NA,
    Defendant

Adv. Proc. No. 17-04539-KRH

## CERTIFICATE OF NOTICE

District/off: 0422-7    User: mullert    Page 1 of 1    Date Rcvd: Feb 06, 2018
                      Form ID: pdford9    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
        +Joseph S. Sheerin, Esquire,    McGuireWoods LLP,    Gateway Plaza,    800 East Canal Street,
          Richmond, VA 23219-3956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Feb 07 2018 02:47:25     UST smg Richmond,
          Office of the U. S. Trustee,    701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
          Brian A. Calub    on behalf of Defendant    BANK OF AMERICA NA bcalub@mcguirewoods.com,
            ehedges@mcguirewoods.com;cmorella@mcguirewoods.com
          Richard Campbell Devor, Jr.    on behalf of Plaintiff Colette    Mapp richard@cvlas.org,
            r52252@notify.bestcase.com
          Richard Campbell Devor, Jr.    on behalf of Plaintiff Chantel    Mapp richard@cvlas.org,
            r52252@notify.bestcase.com
                                                                                                          TOTAL: 3